# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>RAMIRO MEDINA-POSADA,<br><br>                    Defendant. | CASE NO. 12CR413-H<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_X_** of the offense(s) as charged in the Information:

8USC1326(a) AND (b) - DEPORTED ALIEN FOUND IN THE UNITED STATES

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 20, 2012

Jan M. Adler
U.S. Magistrate Judge

FILED
MAR 20 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY